

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2014

No. 04-13-00681-CV

**IN THE INTEREST OF O.L.R.M.**, Minor Child,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10434
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

  The court has reviewed appellee's motion to dismiss, which includes a request for sanctions under rule 45 of the Texas Rules of Appellate Procedure. The court **DENIED** appellee's motion to dismiss in its entirety.

_____
Marialyn Barnard, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court